STATE OF CONNECTICUT *v.* JOSEPH BUCCHIERI

The state's motion dated August 2, 1977, to dismiss the appeal, by the United States of America acting for the Internal Revenue Service, from the Superior Court in Tolland County is denied.

*Frank H. Santoro,* assistant United States attorney, for the United States of America.

No appearance for the other parties.

Argued October 4—decided October 4, 1977

AIRKAMAN, INC. *v.* JAY A. HARVEY ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*William G. Speed IV,* for the appellee (plaintiff).

*C. Thomas Furniss,* for the appellant (named defendant).

Argued October 4—decided October 4, 1977

MARGARET PUSTELLO ET AL. *v.* THOMAS R. PRESTON ET AL.

The plaintiffs' "Motion for Transfer" dated July 15, 1977, from this court to the Appellate Session of the Superior Court is denied.

The plaintiffs' "Motion for Suspension of Rules" dated August 4, 1977, in the appeal from the Court of Common Pleas in Hartford County is denied.

*Dwight O. Schweitzer,* in support of the motion.

*Jeffrey L. Williams,* in opposition.

Submitted September 1—decided October 4, 1977